ham, P. J., and Laughlin, J., dissented on the ground that plaintiff showed nominal damages only.

George W. Stewart, Appellant, v. United Merchants Realty and Improvement Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Nathaniel Walkof, as Trustee in Bankruptcy of the Estate of International Forwarding Company, Bankrupt, Respondent, v. Hugh C. Fox and Others, Appellants.— Application granted upon defendants filing stipulation that upon affirmance judgment absolute shall be rendered against them; if such stipulation be not filed within five days from service of order, application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Charles Ruderman v. Samuel Bloch and Others.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Barnet Weinberg and Others v. Robert S. Smith.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Barnet Weinberg and Others v. Robert S. Smith.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Amanda Renaut v. Gustav Grossman and Others.— Motion denied, without costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Charles Brock v. Ruel W. Poor and Others.— Motion granted; questions certified as stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Charles Brock v. Ruel W. Poor and Others. — Motion granted; questions certified as stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Charles Brock v. The Anthony & Scovill Company and Others,— Motion granted; questions certified as stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Charles Brock v. Thomas W. Stephens, Impleaded, etc.— Motion granted; questions certified as stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Josephine Cassell, as Administratrix, etc., v. The City of New York.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Joseph W. Stern and Another, Copartners, etc., Appellants, v. T. B. Harms Company and Others, Respondents.— Judgment affirmed, with costs, with leave to plaintiff to serve an amended complaint on payment of costs in this court and in the court below. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Henry W. St. John and Another, Copartners, etc., Appellants, v. Elias Reiss, Doing Business under the Name and Style of Elias Reiss & Company, Respondent.—Judgment affirmed, with costs. No opinion.